**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __11__

Principal place of busines   ☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   PM Management - Portfolio VIII NC LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   27-4643048

4. **Debtor's address**

   **Principal place of business**
   14841 Dallas Parkway, Suite 440
   Number    Street

   Dallas    TX    75254
   City    State    ZIP Code

   Dallas County
   County

   **Mailing address, if different from principal place of business**

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

Debtor　　PM Management - Portfolio VIII NC LLC　　　　　　　　　　　　Case number (if known)_____

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. **Describe debtor's business** | A. *Check one:*<br>☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>　6　2　3　1 |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  **PM Management - Portfolio VIII NC LLC**  
Name

Case number *(if known)* _____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No  
☒ Yes.  District __Northern District of Texas__    When __01/28/2019__    Case number __19-30252__  
                                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____  
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
☒ Yes.  Debtor __See attached Schedule 1__    Relationship _____  
District _____    When _____  
                                                                       MM / DD / YYYY  
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number     Street  
_____  
_____    _____  _____  
City                                               State  ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

**Statistical and administrative information**

---

Debtor  **PM Management - Portfolio VIII NC LLC**  Case number (*if known*) _____
Name

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2024
              MM / DD / YYYY

✗ /s/ *Kevin O'Halloran*                                       Kevin O'Halloran
Signature of authorized representative of debtor              Printed name

Title  Chief Restructuring Officer

Debtor  PM Management - Portfolio VIII NC LLC  Case number (if known)_____
        Name

**18. Signature of attorney**   ✗  /s/ *Liz Boydston*                Date  01/29/2024
                                   Signature of attorney for debtor       MM / DD / YYYY

Liz Boydston
Printed name

Gutnicki LLP
Firm name

10440 N. Central Expressway, Suite 800
Number      Street

Dallas                                                TX      75231
City                                                  State   ZIP Code

(469) 895-4413                                        lboydston@gutnicki.com
Contact phone                                         Email address

24053684                                              TX
Bar number                                            State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF ABRI HEALTH SERVICES, LLC

January 23, 2024

Under the provisions of the LLC Agreement of Abri Health Services, LLC (the "**Company**"), a limited liability company duly organized and validly existing under the laws of the State of Delaware, and the Delaware Limited Liability Company Act, as amended, effective as of the date written above, the undersigned constituting all members of the Board of Directors (the "**Board**") and the Board of each of the Company's subsidiaries, hereby consent in writing that the following resolutions be adopted and direct that this consent be filed with the Company's (and each of the Company's subsidiaries') official minutes, to have the same force and a unanimous vote of the Directors (and the directors of each of the Company's subsidiaries) at a meeting duly held this date:

A. **Bankruptcy Filing**

**WHEREAS** the Board has had the opportunity to consult with the Chief Restructuring Officer ("**CRO**"), management, and the Company's legal advisors and has fully considered presentations by each and each of the strategic alternatives available to the Company.

**NOW IT IS THEREFORE RESOLVED** that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company shall be and hereby is authorized to file or cause to be filed voluntary petitions for relief for the Company and or the Company's subsidiaries in the proper jurisdiction (the "**Bankruptcy Court**"); and it is further

**RESOLVED** that the CRO be and is hereby authorized, empowered, and directed to execute and file on behalf of the Company and or the Company's subsidiaries all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action he deems necessary or proper to obtain such relief, including without limitation, any action necessary to maintain the ordinary court operations of the Company's business; and it is further

**RESOLVED** that the CRO is hereby authorized, empowered, and directed to certify the authenticity of these resolutions.

B. **Retention of Professionals**

**IT IS FURTHER RESOLVED** that the CRO is hereby authorized, empowered, and directed to employ the law firm of GUTNICKI LLP as general bankruptcy counsel to represent and assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and the CRO is hereby authorized and directed to execute the appropriate retention

agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority tor retain the services of GUTNICKI LLP; and it is further

**RESOLVED** that the CRO be and is hereby authorized, empowered, and directed to employ any other professionals to assist the Company and its subsidiaries in carrying out its duties under the Bankruptcy Code; and the CRO is hereby authorized, empowered, and directed to execute and file all necessary documents and agreements and to pay retainers necessary to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the CRO deems necessary, proper, or desirable in connection with the bankruptcy cases, with a view toward successful prosecution of such cases; and it is further

**RESOLVED** that all members of the Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the forgoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED** that all acts, actions, and transactions relating to matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company and its subsidiaries, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company and its subsidiaries with the same force and effect as if each such act, transaction, agreement, certificate, or action has been specifically authorized in advance by resolution of the Board; ; and it is further

**RESOLVED** that the CRO be and is hereby authorized and empowered to take all actions or not take any action in the name of the Company and its subsidiaries with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, or managing member of each direct subsidiary of the Company, and in each case, as such CRO shall deem necessary or desirable in the CRO's reasonable business judgment as may be necessary or appropriate to effective the purposes of the transactions contemplated herein.

This Consent may be signed in one or more counterparts, each of which shall be deemed an original and all of which shall constitute one instrument.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned have executed this Consent effective as of the date set forth above.

_____
Name: Barry Dershowitz
Title: Board Member

_____
Name: Ephraim Diamond
Title: Board Member

# SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 (subchapter V) case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11-subchapter V of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the subchapter V of chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity Name | EIN |
| --- | --- |
| PM Management – Killeen I NC LLC | 27-4643105 |
| PM Management – Killeen II NC LLC | 27-4643179 |
| PM Management – Killeen III NC LLC | 27-4643245 |
| PM Management – Portfolio VIII NC LLC | 27-4643048 |

The following two affiliates filed petitions for relief under subchapter V of chapter 11 in 2021. The cases are jointly administered under case no. 21-30700, which cases are post-confirmation but still open.

| Entity Name | EIN |
| --- | --- |
| Abri Health Services, LLC | 84-3903319 |
| Senior Care Centers, LLC | 26-3788550 |

Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
GUTNICKI LLP
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Telephone: (465) 895-4413
Facsimile: (465) 895-4413
lboydston@gutnicki.com
arahn@gutnicki.com

Max Schlan (*pro hac vice pending*)
GUTNICKI LLP
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone: (646) 825-2330
Facsimile: (646) 825-2330
mschlan@gutnicki.com

*Proposed Counsel to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| § | | |
| PM Management - Killeen I NC LLC, *et al.*, § | Case No. 24-____ (sgj) | |
| § | | |
| Debtors.[1] § | (Joint Administration Requested) | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") respectfully represent that on the Petition Date, the Debtors' books and records reflect the following entities direct or indirectly own 10% or more of any class of Debtors' equity interests.

| Entity | Ownership | Ownership of Senior Care Centers, LLC |
|---|---|---|
| PM Management – Killeen I NC LLC | Senior Care Centers, LLC (100%) | Abri Health Services, LLC (100%) |
| PM Management – Killeen II NC LLC | Senior Care Centers, LLC (100%) | Abri Health Services, LLC (100%) |
| PM Management – Killeen III NC LLC | Senior Care Centers, LLC (100%) | Abri Health Services, LLC (100%) |
| PM Management – Portfolio VIII NC LLC | Senior Care Centers, LLC (100%) | Abri Health Services, LLC (100%) |

---

[1] The Debtors in these subchapter V of chapter 11 cases, along with the last four digits of each Debtor's EIN are PM Management - Killeen I NC LLC (3105), PM Management - Killeen II NC LLC (3179), PM Management - Killeen III NC LLC (3245), and PM Management – Portfolio VIII NC LLC (3048)

4864-0359-1327, v. 1

**Fill in this information to identify the case:**

Debtor name: PM Management - Killeen I NC LLC, *et al.*

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pharmscript of Texas LLC<br>PO Box 6042<br>Somerset, NJ 08875 | | | unliquidated | $211,646.29 | | |
| 2 | Gordon Food Service<br>Attn: Curt<br>Wyoming, MI 49509 | | | unliquidated | $179,526.87 | | |
| 3 | Kare Technologies, LLC<br>Po Box 4738<br>Houston, TX 77210-4738 | | | unliquidated | $126,839.10 | | |
| 4 | Medline Industries Inc<br>PO BOX 121080<br>Dallas, TX 75312-1080 | | | unliquidated | $123,108.08 | | |
| 5 | VICTARE<br>1020 RAMBLING OAKS LN<br>WEATHERFORD, TX 76088 | | | unliquidated | $101,545.58 | | |
| 6 | MasVida Health Care Solutions, LLC<br>133 Nursery Ln<br>Fort Worth, TX 76114 | | | unliquidated | $100,583.52 | | |
| 7 | Skyline Development<br>2656 S Loop W<br>Houston, TX 77054 | | | unliquidated | $74,602.38 | | |
| 8 | Direct Supply, DSSI<br>Box 88201<br>Milwaukee, WI 53288-0201 | | | unliquidated | $73,949.21 | | |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor  PM Management - Portfolio VIII NC LLC et al.  
Name

Case number (*if known*) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | SHIFTKEY LLC<br>PO Box 735913<br>DALLAS, TX 75373-5913 | | | unliquidated | $69,834.28 | | |
| 10 | Direct Supply<br>Box 88201<br>Milwaukee, WI 53288-0201 | | | unliquidated | $36,295.42 | | |
| 11 | QUALITY REHAB MANAGEMENT LLC<br>5057 Keller Springs Rd<br>Addison, TX 75001 | | | unliquidated | $32,800.00 | | |
| 12 | ACADIAN AMBULANCE SERVICES,INC.<br>P.O. BOX 92970<br>LAFAYETTE, LA 70509 | | | unliquidated | $21,707.14 | | |
| 13 | Imperial PFS Corporation<br>PO BOX 100391<br>Pasadena, CA 91189-0391 | | | unliquidated | $18,617.79 | | |
| 14 | Curana Health Medical Group, LLC<br>PO BOX 122020<br>Dallas, TX 75312-2020 | | | unliquidated | $18,000.00 | | |
| 15 | HOME DEPOT PRO - SUPPLYWORKS<br>PO BOX 844727<br>DALLAS, TX 75284-4727 | | | unliquidated | $17,934.23 | | |
| 16 | Principle Laboratory<br>16840 Buccaneer Ln, Suite 261<br>Houston, TX 77058 | | | unliquidated | $17,152.19 | | |
| 17 | Constellation NewEnergy, Inc.<br>PO Box 4640<br>Carol Stream, IL 60197-4640 | | | unliquidated | $16,929.76 | | |
| 18 | Safely You, Inc.<br>Po Box 103323<br>PASADENA, CA  91189-3323 | | | unliquidated | $16,480.00 | | |
| 19 | Sage Telehealth Services, LLC<br>7500 Rialto Blvd. Bldg 1, Suite 250<br>Austin, TX 78735 | | | unliquidated | $15,600.00 | | |
| 20 | Starfire Sprinkler Services<br>10829 HillPoint<br>San Antonio, TX 78217 | | | unliquidated | $12,477.99 | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___PM Management - Killeen I NC LLC, *et al*._____

United States Bankruptcy Court for the: __Northern_____ District of __Texas____
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration__Consolidated Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _01/29/2024_         ✗ __/s/ Kevin O'Halloran_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                      __Kevin O'Halloran_____
                      Printed name

                      __Chief Restructuring Officer_____
                      Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| <u>PM Management - Killeen I NC LLC, *et al.*</u> | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter <u>11 (subchapter V)</u> |

**DECLARATION FOR ELECTRONIC FILING OF**
<u>**BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**</u>

**PART I:  DECLARATION OF PETITIONER:**

     As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
    I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☒    *[Only include if petitioner is a corporation, partnership or limited liability company]* –
    I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: <u>01/29/2024</u>      .      /s/ *Kevin O'Halloran*
                                      Kevin O'Halloran, Chief Restructuring Officer


**PART II:  DECLARATION OF ATTORNEY:**

     I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.


Date: <u>01/29/2024</u>      .                                       <u>/s/ *Liz Boydston*</u>
                                                                                                   Liz Boydston, GUTNICKI LLP
                                                                                                   10440 N. Central Expressway, Suite 800
                                                                                                   Dallas, Texas 75231
                                                                                                   (469) 895-4413